1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:	415/674-8600
4  Facsimile:	415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES, an individual;

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; ) | **CASE NO. CV-10-3587-JCS** |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **STIPULATION OF DISMISSAL AND** |
| v. ) | **[PROPOSED] ORDER THEREON** |
| ) | |
| IRMA'S PAMPANGA RESTAURANT, ) | |
| a.k.a. ROBERT A. IMHOFF, ) | |
| ) | |
| Defendant. ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON         **CV-10-3587-JCS**

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: May 16, 2011          THOMAS E. FRANKOVICH
                             *A PROFESSIONAL LAW CORPORATION*


By:      /S/ *Thomas E. Frankovich*
         Thomas E. Frankovich
Attorney for CRAIG YATES, an individual


Dated:              , 2011   **Law Offices of Cindy Lee**



By_____
   Cindy Lee
Attorney for IRMA'S PAMPANGA
RESTAURANT, a.k.a. ROBERT A. IMHOFF

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __May 20__, 2011

                             _____
                             Honorable Joseph C. Spero
                             UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON          CV-10-3587-JCS

-2-

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: _____, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____
Thomas E. Frankovich
Attorney for CRAIG YATES, an individual

Dated: _____, 2011

**Law Offices of Cindy Lee**

By _____
Cindy Lee
Attorney for IRMA'S PAMPANGA RESTAURANT, a.k.a. ROBERT A. IMHOFF

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: _____, 2011

_____
Honorable Judge Joseph C. Spero
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON    CV-10-3587-JCS    -2-