BRIAN B. BAGHAI, SBN 258112
Homeless Action Center
1432 Franklin Street
Oakland, CA 94612
Telephone: (510) 836-3260
Facsimile: (510) 836-7690

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH NGUYEN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

Commissioner of Social Security,

    Defendant.

Civil No. 3:10-cv-04807-JCS

STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have an extension of 60 days in which to file a reply brief in opposition to Defendant's Cross-Motion for Summary Judgment. Plaintiff's response was due on July 21, 2011, pursuant to Civil L.R.16-5. Plaintiff's response is now due on September 19, 2011.

/

/

/

/

Dated: July 19, 2011

_____
BRIAN B. BAGHAI
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: July 19, 2011

_____
SHEALITA BOND
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/22/11

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Extending Plaintiff's Time to File Reply – 3:10-cv-04807-JCS